UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FSI ARCHITECTURE P.C.,

              Plaintiff,

-against-

ACHESON DOYLE PARTNERS
ARCHITECTURE P.C., et al.,

              Defendants.

No. 19-CV-6829 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' submissions regarding Acheson Doyle and WGM's motions under Rule 37 (dkt. nos. 73 and 75).  The parties shall appear for oral argument on December 15, 2022, at 10:30 AM in Courtroom 12A.

**SO ORDERED.**

Dated:    November 23, 2022
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1