UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FSI ARCHITECTURE P.C.,

        Plaintiff,

-against-

ACHESON DOYLE PARTNERS
ARCHITECTURE P.C., et al.,

        Defendants.

No. 19-CV-6829 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel for FSI has indicated that his client wishes to accept the Court's invitation for an ex parte settlement talk.  WGM and Acheson Doyle shall inform the Court no later than Monday, December 19, 2022, at noon if either objects to the ex parte communication.

**SO ORDERED.**

Dated:    December 16, 2022
           New York, New York

                                    */s/ Loretta A. Preska*
                                  LORETTA A. PRESKA
                                  Senior United States District Judge