UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FSI ARCHITECTURE P.C., <br><br>            Plaintiff, <br><br> -against- <br><br> ACHESON DOYLE PARTNERS ARCHITECTURE P.C., et al., <br><br>            Defendants. | No. 19-CV-6829 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Upon the parties' stipulation of voluntary dismissal, the Clerk of the Court shall mark all pending motions denied as moot.

**SO ORDERED.**

Dated:    February 28, 2023
           New York, New York

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge